MOW 1009-1.3 (02/22)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                                    )
**Dawn Marie Coates**                     )
                                          )
                                          )   Case No. **25-40184-13**
Debtor(s)                                 )

### NOTICE OF AMENDMENT OF SCHEDULES D, E/F, G OR H (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed amended schedule(s) of debt to include creditor(s) listed below or on the attachment. Debtor's counsel must also separately provide you a copy of the debtor(s)' full Social Security Number.

1.      Creditor (name and address):

   **Jackson County Collector**                    **415 East 12th Street, Kansas City, MO 64106**

2.      Claim (amount owed, nature of claim, date incurred):
   **Jackson County Collector, $691.10,  2022**

3.      These claims have been scheduled as (mark one):
          ☐ secured ☑ priority ☐ general unsecured.
   **Priority - Jackson County Collector**

4.      Trustee (name, address, and phone) if one has been appointed: **Richard V Fink,** 818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

5.      Original deadline for filing proofs of claim:April 23, 2025

**Also, check the applicable provision below:**

☐  This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑  This claim was added to the schedules after the deadline for filing claims stated above or the claim deadline will pass within 30 days. The creditor has 30 days from the date of service below to file a proof of claim.
https://ecf.mowb.uscourts.gov/cgi-bin/autoFilingClaims.pl

☑  This is a Chapter 13 case. The creditor has 30 days from the date of service below or until the bar date, whichever is later, to file a proof of claim. https://ecf.mowb.uscourts.gov/cgi-bin/autoFilingClaims.pl

6.  Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. § 523, 727: _____ [Input date from 341 meeting notice]

**Also, check the box below if applicable:**

☑  This claim was added to the schedules after the deadline for filing claims stated above or the claim deadline will pass within 30 days. The creditor has 30 days from the date of service below to file complaints.

Date:  **June 20, 2025**                          **/s/ Chelsea S Williamson**
                                                  Debtor's attorney (name, address, phone, email)
                                                  **Chelsea S Williamson MO 51089**
                                                  **WM Law, PC**
                                                  **15095 West 116th Street**
                                                  **Olathe, KS 66062**
                                                  **(913) 422-0909**
                                                  **bankruptcy@wagonergroup.com**

Certificate of Service:  I, **Chelsea S Williamson**, certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor(s) by first class, postage prepaid mail, on __**June 20, 2025**__.

                                                  /s/Chelsea S Williamson
                                                  Typed Name or Signature

MOW 1009-1.3 (02/22)

Instructions: Edit all paragraphs as appropriate and serve on the affected creditor(s).
ECF Event: Bankruptcy>Notices>Amendment to Schedules Adding Creditors (Fee Due)