**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION (KANSAS CITY)**

In re:

DAWN MARIE COATES

Debtor(s)

Case No. 25-40184-can-13

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/12/2025.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 10/17/2025.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $6,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.*

* The trustee has no knowledge of whether there are non-priority unsecured claim amounts included in this number that are statutorily non-dischargeable. The trustee makes no assertion in this Notice regarding eligibility for discharge, whether a discharge will be entered in this case or whether any individual debts will be discharged.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,208.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$1,208.00**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $90.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$90.60**

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACIMA CREDIT | Secured | 800.00 | NA | NA | $0.00 | $0.00 |
| AFTERPAY US SERVICES LLC | Unsecured | 314.46 | NA | NA | $0.00 | $0.00 |
| AIDVANTAGE OBO THE DEPT OF EDU | Unsecured | 36,000.00 | 37,341.56 | 37,341.56 | $0.00 | $0.00 |
| AMSHER BANK | Unsecured | 498.00 | NA | NA | $0.00 | $0.00 |
| ARVEST BANK | Unsecured | 416.28 | 416.28 | 416.28 | $0.00 | $0.00 |
| AT&T | Unsecured | 470.00 | NA | NA | $0.00 | $0.00 |
| BECKET AND LEE LLP | Unsecured | 590.95 | 590.95 | 590.95 | $0.00 | $0.00 |
| COMMUNITYAMERICA CREDIT UNIC | Unsecured | 448.31 | 417.31 | 417.31 | $0.00 | $0.00 |
| EVERGY | Unsecured | 438.13 | NA | NA | $0.00 | $0.00 |
| FLORIDA POWER & LIGHT | Unsecured | 138.00 | NA | NA | $0.00 | $0.00 |
| IQ DATA INTERNATIONAL INC | Unsecured | 1,957.00 | NA | NA | $0.00 | $0.00 |
| JACKSON COUNTY - MANAGER FINA | Unsecured | 691.10 | 662.49 | 662.49 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 474.00 | 843.65 | 843.65 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,000.00 | 474.70 | 474.70 | $0.00 | $0.00 |
| KLARNA | Unsecured | 200.00 | NA | NA | $0.00 | $0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 619.00 | NA | NA | $0.00 | $0.00 |
| LAKSHMI FINANCE LLC | Unsecured | 1,300.00 | 1,458.52 | 1,458.52 | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | 433.07 | 472.07 | 472.07 | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | 501.00 | 483.79 | 483.79 | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | 516.00 | 516.96 | 516.96 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 600.00 | 1,201.80 | 1,201.80 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 2,097.91 | 2,097.91 | $0.00 | $0.00 |
| OKALOOSA COUNTY TEACHERS FCU | Unsecured | 600.00 | NA | NA | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 1,064.00 | 965.98 | 965.98 | $0.00 | $0.00 |
| SANTANDER CONSUMER USA INC | Secured | 18,500.00 | 18,856.77 | 18,856.77 | $1,117.40 | $0.00 |
| SCOLOPAX LLC | Unsecured | 1,600.00 | 1,562.41 | 1,562.41 | $0.00 | $0.00 |
| SCOLOPAX LLC | Unsecured | 538.75 | 538.75 | 538.75 | $0.00 | $0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SCOLOPAX LLC | Unsecured | NA | 1,049.52 | 1,049.52 | $0.00 | $0.00 |
| SPIRE | Unsecured | 58.31 | NA | NA | $0.00 | $0.00 |
| SYNCB/VNMO | Unsecured | 395.00 | NA | NA | $0.00 | $0.00 |
| THRIFTY STORAGE | Secured | 0.00 | NA | NA | $0.00 | $0.00 |
| TYNDELL FCU | Unsecured | 700.00 | NA | NA | $0.00 | $0.00 |
| UNIVERSITY OF CENTRAL MISSOURI | Unsecured | 758.61 | NA | NA | $0.00 | $0.00 |
| VP PROPERTY MANAGEMENT | Secured | 0.00 | NA | NA | $0.00 | $0.00 |
| ZIP | Unsecured | 800.00 | NA | NA | $0.00 | $0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,856.77 | $1,117.40 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,856.77** | **$1,117.40** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,094.65** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $90.60 |
| Disbursements to Creditors | $1,117.40 |
| **TOTAL DISBURSEMENTS :** | **$1,208.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/09/2025                         By: /s/ Richard V. Fink Trustee

                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**